UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Gwendolyn Renee Reddic,

            Plaintiff

  v.

Officer Smith, et al.,

            Defendants

Case No. 2:23-cv-01224-CDS-NJK

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 4]

      Pro se plaintiff Gwendolyn Reddic seeks to proceed in forma pauperis and brings this action against an array of defendants seeking two million dollars in damages. *See generally*, ECF No. 1. In response to Reddic's failure to provide a basis for subject-matter jurisdiction, Magistrate Judge Nancy Koppe ordered Reddic to show cause as to why this case should not be dismissed for lack of subject-matter jurisdiction. Order, ECF No. 3. Reddic was advised that her failure to respond in writing by September 5, 2023, would result in a recommendation that this action be dismissed. *Id.* Reddic did not respond to the order to show cause and Judge Koppe accordingly issued a recommendation that this case be dismissed without prejudice. R&R, ECF No. 4. Under this district's local rules, the deadline for Reddic to object to the R&R was September 27, 2023. *See* LR IB 3-2(a) (stating that parties wishing to object to the R&R must file objections within fourteen days). As of the date of this order, Reddic has neither objected to the R&R, nor has she requested more time to do so.

      "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed Judge Koppe's R&R and agree with her findings; the complaint is bereft of

any details or allegations that would support this court's exercise of jurisdiction over the matter. Because Reddic fails to meet her jurisdictional burden, this court cannot exercise "judicial [p]ower" over her case. U.S. Const. Art. III, § 2. Thus, I find that the R&R is not clearly erroneous or contrary to law, so I adopt the R&R in its entirety and dismiss the complaint for lack of subject-matter jurisdiction.

IT IS THEREFORE ORDERED that Magistrate Judge Koppe's Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety. This case is dismissed without prejudice. The Clerk of Court is instructed to enter judgment accordingly and close this case.

DATED: October 2, 2023

_____
Cristina D. Silva
United States District Judge