AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Gwendolyn Renee Reddic,

                              Plaintiff,

      v.

Officer Smith et al.,

                              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01224-CDS-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants, Officer Smith et al., and against Plaintiff, Gwendolyn Renee Reddic. Magistrate Judge Koppe's Report and Recommendation, ECF No. 4, is ADOPTED in its entirety. This case is dismissed without prejudice. Case closed.

10/02/2023
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk